FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUN -5 AM 11: 03
OFFICE OF THE CLERK

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

DeRon D. Gatus

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Douglas County Correctional Center

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 8:26CV254

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DeRon D. Gatus

All other names by which you have been known:

ID Number: NDCS # 218306

Current Institution: Nebraska State Prison

Address: 4201 S. 14th St.

Lincoln (City) NE (State) 68502 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Douglas County Correctional Center

Job or Title *(if known)*: Several Corrections officer's

Shield Number:

Employer: (DCCC)

Address: 710 South 17th Street

Omaha (City) NE (State) 68102 (Zip Code)

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*:

Shield Number:

Employer:

Address:

(City) (State) (Zip Code)

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name __________

Job or Title *(if known)* __________

Shield Number __________

Employer __________

Address __________

__________ *City* ______ *State* ______ *Zip Code*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name __________

Job or Title *(if known)* __________

Shield Number __________

Employer __________

Address __________

__________ *City* ______ *State* ______ *Zip Code*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourteenth Amendment - Constitutionally deficient medical care
Eighth Amendment - Excessive force, deprivation of medical care, ineffective Council

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1983 -

Violated my 8th Amendment & the 14th Amendment.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

(DCCC) - in the change out room when time to change into state Clothes

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 6, 2021 Around 4am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was violated and beatin up by the People who were supposed to protect me. It was several (CO's) who all took turns Punishing me one on one. It was every (CO) that responded to the Code Blue, Everyone should be on Camera that came in. It happend so fast that I think They all were planning and waiting by the door. They seemed very racist and all of them had the I Dont give (AF) additude. and each one proceeded to Punch me in the face several times each. including the Sargent that was there too. who I made turn on his Camera in Medical to record my injuries. I was terrified of them every since.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Did not receive any medical treatment, they just threw me in the Medical mod. I had two Black Eye's, both temple's swollen, they Smash my voice box to were I Couldn't yell for help, they had there knee on my neck for about 8 mins. when they had me hog tied and Cuffed within the first minute and half. I had migranes and pain and bruises all over my body that they refused to look at or record, It seemed as if they were all in a Pact working together. NO Im SURE they knew it was wrong and still working together.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I Spent 2 months in mental mod w/o T.V. Radio In cell by myself going crazy and being Punished for Something I did Not do.

I want the Courts to Prosecute every last (CO) involved. Im for sure they take up for Each other. They are worser than a Gang because they Seem to use the little Power that they Got over us to an advantage, and I am 100% Positive that I wasn't there only victim. I Am Sueing for (1) excessive force, (2) Pain & Suffering, (3) ineffective Council, (4) failure to intervein, Each (CO) was watching as they took turns beating on me and I can see it all play out in slow motion and the young Sergant Just let it go on and I never resisted not once but they kept using excessive force. It took about six Days to get there story together and write a report. The (CO) lied and said I Strangled him but I NEVER touched NOBody. I WANT $6.5 million + Internal investigation to STOP This.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [X] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Douglas County Correctional Center - Omaha, NE

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [X] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [X] Do not know

If yes, which claim(s)?

I Don't Know because I was not giving and belonging for atleast a few weeks. All I had was a blanket and 1 set of clothes that I was wearing. I Never recieved a handbook or bag with clothing, soap, toothbrush, cup for months until I got out the mental mod.
So I Did Not know the Process of writing a grievance and letting The Sergants know what Happened. Plus I was scared Because a Sergant was there. And I Saw how they All worked together and Didn't CARE at All. And I WAtched with my own EYES them do it to Several (PPL) in mental mod.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Never ~~[illegible]~~ filed grievance. I was scared that they ~~[illegible]~~ were all working together. I thaught they would try to punish me more if Said Something. Wanted to wait til I Bonded out but never Did. Bond out.

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

A Claim was Started tho, While in Custody there.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Didn't know my laws and how the grievance Process worked.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I Showed my Public Defender my Black EyE's on video Visit & Asked her Could She please help me. She Kept Playing me off, So I Kept tryna explain but She insisted that I must be incompetent. So I Kept asking for Help. She ONLY Said She couldn't. It would be a conflict of interest. I Was Scared of being Punish & Catching more Charges for Someth. I Didnt Do.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I wrote a letter to the District Courts and told them everything that happend. Then they responded with the ongoing Process. This was in like Nov 27 2021

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. It took a week to get my report Once he Said I tried to Choke him, I Got Scared because I knew they would go to any extent to Cover their Asses.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* But the man behind the glass in the Change out Room know I Didn't threaten the (CO). I Dont Know his name.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [x] Yes
- [ ] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) DeRon D. Gatus

   Defendant(s) Douglas County Correctional officer's & center

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Douglas, Nebraska

3. Docket or index number

4. Name of Judge assigned to your case

   Judge. Kopf

5. Approximate date of filing lawsuit

   NOV/2021

6. Is the case still pending?

   - [ ] Yes
   - [x] No

   If no, give the approximate date of disposition. June/2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Trying to Appeal Now.

   - Was Dismissed until Compentency review came back. Never Pursued the case after because of mental mindstAte.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ________________________

   Defendant(s) ________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ________________________

3. Docket or index number

   ________________________

4. Name of Judge assigned to your case

   ________________________

5. Approximate date of filing lawsuit

   ________________________

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition ________________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05-30-2026

Signature of Plaintiff: DeRon Gatus

Printed Name of Plaintiff: DeRon D. Gatus

Prison Identification #: 218306

Prison Address: 4201 S. 14th St.

Lincoln (City) NE (State) 68502 (Zip Code)

### B. For Attorneys

Date of signing: ______

Signature of Attorney: ______

Printed Name of Attorney: ______

Bar Number: ______

Name of Law Firm: ______

Address: ______

______ City ______ State ______ Zip Code

Telephone Number: ______

E-mail Address: ______

# United States District Court

Case NO. ______

DeRon D. Gatus
Plaintiff

-V-

Douglas County Corrections Center
Defendants

## Complain for Violation of Civil Rights

- I would like a Copy of Everything I Send.
- I Couldn't get the Docket# Because our System with WestLaw was saying out of the plan.

RECEIVED
JUN - 5 2026
CLERK
U.S. DISTRICT COURT

DeRon Gatus
DeRon D Gatus
05-30-26

NOTICE: This Correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: DeRon Gatus / 218306
Nebraska State Penitentiary
PO Box 22500
Lincoln, NE 68542-2500

OMAHA NE 680
3 JUN 2026 PM 2 L

USA FOREVER

Office of the Clerk
United States District Court
111 S. 18th Plaza, Suite 1152
Omaha, NE 68102-1322

RECEIVED
JUN - 5 2026
CLERK
U.S. DISTRICT COURT

68102-132277