IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERON D. GATUS,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTIONAL CENTER,<br><br>Defendant. | **8:26CV254**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's motion, Filing No. 9, seeking to extend the time to comply with this Court's Order granting leave to proceed in forma pauperis ("IFP") and requiring payment of an initial partial filing fee of $30,44, by August 31, 2026, *see* Filing No. 8. In support Plaintiff contends he requires additional time to obtain the funds necessary to pay the initial partial filing fee and believes he can receive such funds this month. Filing No. 9. Good cause having been shown, the Court shall grant the Motion.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion, Filing No. 9, is granted. Plaintiff shall have through and until October 1, 2026, to submit his $30.44 initial partial filing fee.

2. The Clerk of Court shall terminate the August 31, 2026, initial partial filing fee case management deadline and shall set the following pro se case management deadline of **October 1, 2026**: initial partial filing fee payment due.

Dated this 1st day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge